IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| SHOE COVER INC., d/b/a SHUBEE, | * | |
| | * | |
| Plaintiff, | | Case No. 5:25-cv-00305-MTT |
| v. | * | |
| WARRIOR PROTECTIVE, INC., et al., | * | |
| Defendants. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated November 12, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 12th day of November, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk